**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles Anderson, | No. CV-26-08002-PCT-SHD |
| Plaintiff, | **ORDER** |
| v. | |
| State of Arizona, et al., | |
| Defendants. | |

Pending is Plaintiff Charles Anderson's Motion to Dismiss Case Without Prejudice, (Doc. 26), which will be construed as a request for dismissal under Federal Rule of Civil Procedure 41(a). Defendants State of Arizona and County of Navajo (collectively, "Defendants") have responded and do not oppose dismissal without prejudice. (Docs. 27, 28.) Accordingly,

**IT IS ORDERED** granting Plaintiff's Motion, (Doc. 26), and dismissing this case without prejudice under Rule 41(a).

**IT IS FURTHER ORDERED** that Defendants' motions to dismiss, (Docs. 11, 19), are deemed moot.

**IT IS FURTHER ORDERED** directing the Clerk of Court to close this case.

Dated this 24th day of April, 2026.

_____
Honorable Sharad H. Desai
United States District Judge